

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable J.C. Gowdy
County Auditor
Wichita County
Wichita Falls, Texas

Dear Sir:

Opinion No. O-2887
Re: Officers' Salary Law - Fees of
Clerk for making unofficial election
reports in general election.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"In view of Section 3 of Article 3912e of Vernon's Annotated Civil Statutes, is the County Clerk entitled to the compensation set out in Section 3 of Article 3022a of Vernon's Annotated Civil Statutes?"

Article 3022a, Vernon's Annotated Texas Civil Statutes, reads in part as follows:

"Sec. 2. The county clerk in case of general election, or the county chairman if a primary election, shall tabulate such unofficial returns when received, and at convenient intervals until midnight of election day shall announce or have announced at the courthouse door, or some other designated place, the total number of votes, as far as tabulated at the time, counted for each candidate, and/or for or against each proposition submitted to the voters for determination. When returns from each precinct of the county shall have been tabulated the county clerk or county chairman shall immediately prepare an unofficial memorandum of the total number of votes received by each candidate, and/or cast for or against each proposition submitted to the people, and shall post a copy of the same at the courthouse door or at some other designated public place in the county. And such officer shall, after making the un-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

407

official memorandum, immediately transmit by
telegraph or by more expeditious means to the
Secretary of State, an unofficial but complete
report of the number of votes cast in his county
for each candidate for state and district of-
fices, and/or cast for or against each proposi-
tion submitted to the voters of the entire State.
The Secretary of State shall tabulate the unoffi-
cial returns received at his or her office and
shall prepare an unofficial memorandum concern-
ing the status of the returns received, at least
once each day until he shall have received com-
plete, unofficial returns from each county, at
which time he shall prepare a memorandum giving
the total number of votes received by each candi-
date, and/or case for or against each proposition
submitted to the people, as shown by the unoffi-
cial returns received at his office.

"Sec. 3. For receiving unofficial returns
by telephone and tabulating them as herein pro-
vided, the county clerk or county chairman and
assistants employed in the work shall receive
the same compensation per hour as allowed pre-
cinct judges of election.

"Sec. 4. Charges for telephone or other ser-
vice in transmitting unofficial returns to the
county clerk shall be payable out of the general
fund of the county. Charges for such service in
primary elections shall be payable out of the
funds of the political parties holding such elec-
tions.

"Sec. 5. The tabulation of unofficial re-
turns shall be preserved for public inspection
until such time as official returns shall have
been tabulated; thereafter, the unofficial tabu-
lation may be destroyed."

Article 2943, Vernon's Annotated Texas Civil Sta-
tutes, reads as follows:

"Judges and Clerks of general and special
elections shall be paid Three Dollars ($3) a day
each, and Thirty (30) Cents per hour each for any

Honorable J.C. Gowdy, Page 3

time in excess of a day's work as herein defin-
ed; provided that in all counties having a popu-
lation in excess of three hundred and fifty-five
thousand (355,000) inhabitants, according to the
last preceding or any future Federal Census,
such Judges and Clerks shall be paid Five Dollars
($5) a day each, and Fifty (50) Cents per hour
each for any time in excess of a day's work as
herein defined. The Judge who delivers the re-
turns of election immediately after the votes
have been counted shall be paid Two Dollars ($2)
for that service, provided the polling place of
his precinct is at least two (2) miles from the
courthouse, and provided also he shall make re-
turns of all election supplies not used when he
makes return of the election. Ten (10) working
hours shall be considered a day within the mean-
ing of this Article. The compensation of Judges
and Clerks of general and special elections shall
be paid by the County Treasurer of the county
where such services are rendered upon order of the
Commissioners Court of such county." (Underscoring
ours)

Sections 3 and 5 of Article 3912e, Vernon's Annotat-
ed Texas Civil Statutes, read as follows:

"Sec. 3. In all cases where the Commission-
ers' Court shall have determined that county offi-
cers or precinct officers in such county shall be
compensated for their services by the payment of
an annual salary, neither the State of Texas nor
any county shall be charged with or pay to any of
the officers so compensated, any fee or commission
for the performance of any or all of the duties of
their offices but such officers shall receive said
salary in lieu of all other fees, commissions or
compensation which they would otherwise be author-
ized to retain; provided, however, that the assessor
and collector of taxes shall continue to collect
and retain for the benefit of the Officers' Salary
Fund or funds hereinafter provided for all fees
and commissions which he is authorized under law
to collect; and it shall be his duty to account
for and to pay all such monies received by him
into the fund created and provided for under the
provisions of this Act; provided further, that the
provisions of this Section shall not affect the

Honorable J.C. Gowdy, Page 4

the payment of costs in civil cases by the State
but all such costs so paid shall be accounted
for by the officers collecting the same, as they
are required under the provisions of this Act to
account for fees, commissions and costs collect-
ed from private parties.

"Sec. 5. It shall be the duty of all offi-
cers to charge and collect in the manner author-
ized by law all fees and commissions which are
permitted by law to be assessed and collected for
all official service performed by them. As and
when such fees are collected they shall be deposit-
ed in the Officers' Salary Fund, or funds provid-
ed in this Act. In event the Commissioners' Court
finds that the failure to collect any fee or com-
mission was due to neglect on the part of the
officer charged with the responsibility of collect-
ing same, the amount of such fee or commission
shall be deducted from the salary of such offi-
cer. Before any such deduction is made, the Com-
missioners' Court shall furnish such officer with
an itemized statement of the uncollected fees with
which his account is to be charged, and shall noti-
fy such officer of the time and place for a hearing
on same, to determine whether such officer was
guilty of negligence, which time for hearing shall
be at least ten days subsequent to the date of
notice. Unless an officer is charged by law with
the responsibility of collecting fees, the Com-
missioners' Court shall not in any event make any
deductions from the authorized salary of such offi-
cer."

We quote from Opinion No. O-807 of this department
as follows:

"You are respectfully advised that it is the
opinion of this department that all county and
precinct officers who are compensated on a salary
basis are required to collect all costs in civil
cases by the state and all fees, commissions and
costs from private parties who are required by law
to pay such fees, commissions and costs.

"The costs in civil cases by the state and
all fees, commissions and costs collected from

Honorable J.C. Gowdy, Page 5

private parties who are required by law to pay such fees, commissions and costs when collected by county or precinct officers compensated on a salary basis must be deposited in the Officers' Salary Fund of the county.

"The tax assessor-collector shall collect all fees required by law to be collected by the tax assessor-collector and he shall deposit such fees in the Officers' Salary Fund of his county.

"No county or precinct officer who is compensated on a salary basis shall collect from the state or county any fees, commission or costs for any or all of the duties performed by him except the costs of civil cases by the State."

We enclose herewith a copy of Opinion No. 0-807.

In view of the foregoing authorities, you are respectfully advised that it is the opinion of this department that your question should be answered in the negative insofar as it applies to counties operating under the Officers' Salary System, and it is so answered.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _____

Wm. J. Fanning
Assistant

WJF:AW

APPROVED DEC 5, 1940

ATTORNEY GENERAL OF TEXAS